B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re: Luis Antonio Cruz Orellana        Case No. 23-01877-ESL13
       Chapter: 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Island Portfolio Services, LLC., as servicer of Luna Chica, LLC | Oriental Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Island Portfolio Services, LLC.,
221 Ponce de León Ave., Suite 302
San Juan, PR 00917

Phone: (787) 302-4768
Last Four Digits of Acct #: 3803

Court Claim # (if known): 5-1
Amount of Claim: $13,066.76
Date Claim Filed: 08/01/2023

Phone: (787)474-5252
Last Four Digits of Acct #: 3803

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: 3803

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charline M. Jimenez, Esq.      Date: January 30, 2025
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.